JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-028-JLR |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| CUONG Q. CAO, | |
| Defendant. | |

This matter has come before the Court on Cuong Cao's motion to file an overlength reply to the government's response to the motion to suppress evidence. The Court has considered the motion and records in this case.

IT IS ORDERED that Mr. Cao's motion to file an overlength reply as filed (Dkt. # 49) is GRANTED.

DATED this 20th day of March 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
s/ *Gregory Geist*
Attorneys for Cuong Cao

ORDER TO FILE OVERLENGTH REPLY
(*U.S. v. Cao,* CR22-028-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100