JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CUONG Q. CAO,<br><br>    Defendant. | No. CR22-028-JLR<br><br>(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY REGARDING MOTION TO DISMISS COUNT 3 OF THE INDICTMENT UNDER THE SECOND AMENDMENT |

THE COURT has considered Cuong Cao's unopposed motion for an extension of time to file a Reply regarding the Motion to Dismiss Count 3 of the Indictment under the Second Amendment along with the records in this case.

The Court GRANTS the motion. The defense may file a Reply no later than Friday, March 22, 2024. The clerk shall re-note the motion for March 26, 2024.

DONE this 20th day of March 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
s/ *Colleen Fitzharris*
Assistant Federal Public Defenders
Attorneys for Cuong Cao

ORDER TO EXTEND TIME TO FILE A
REPLY RE DISMISS COUNT 3 OF THE
INDICTMENT UNDER SECOND AMENDMENT
(*U.S. v. Cao*, CR22-028-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100