UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CUONG QUOC CAO,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0028JLR<br><br>ORDER |

Before the court are Defendant Cuong Quoc Cao's motions to dismiss count 3 of the indictment under (1) the Commerce Clause (1st MTD (Dkt. # 25); 1st Reply (Dkt. # 46)), and (2) the Second Amendment (2d MTD (Dkt. # 27); 2d Reply (Dkt. # 53)).  (*See* Indictment (Dkt. # 1) at 2 (count 3 alleging unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1)).)  Plaintiff the United States of America (the "Government") opposes the motions.  (1st Resp. (Dkt. # 37); 2d Resp. (Dkt. # 39); Surreply (Dkt. # 58).)  The court has considered the motions, the parties' briefing in support of and in opposition to the motions, the relevant portions of the record, and the governing law.  Being fully

ORDER - 1

advised,[1] the court DENIES Mr. Cao's motions (Dkt. ## 25, 27).  A written order setting forth the court's analysis will follow.

Dated this 2nd day of April, 2024.

JAMES L. ROBART
United States District Judge

---

[1] Mr. Cao requests oral argument on both motions, but the Government does not.  (*See* 1st MTD at 1; 2d MTD at 1; 1st Resp. at 1; 2d Resp. at 1.)  The court determines that oral argument would not aid in its disposition of the motions.  *See* Local Rules W.D. Wash. LCrR 12(b)(12).

ORDER - 2