The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CUONG QUOC CAO, <br><br> Defendant. | NO. CR22-028-JLR <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

    a.    one Century Arms Canik TP9 Elite SC 9mm semi-automatic pistol; and

    b.    any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. On August 13, 2024, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 18 U.S.C § 924 (d)(1), by way of 28 U.S.C. § 2461(c), as firearms and ammunition that were involved in his commission

Final Order of Forfeiture - 1
*United States v. Cao*, CR22-028-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, and forfeiting Defendant's interest in such property (Dkt. No. 88);

2. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 90) and, as required by Fed. R. Crim. P. 32.2(b)(6)(A), attempted to provide direct notice to one potential claimant (see Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ¶ 2, Exhibit A); and

3. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 4th day of March, 2025.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

///
///

Final Order of Forfeiture - 2
*United States v. Cao*, CR22-028-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Cao*, CR22-028-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970